IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SANTINO WARNYANG KENYI,

Plaintiff,

vs.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ICE, OMAHA CORRECTIONAL CENTER, Official capacity; and IMMIGRATION CUSTOM ENFORCEMENT, Official capacity;

Defendants.

**8:26CV616**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On October 14, 2026, the Clerk of the Court sent a notice and a copy of General Order No. 2025-01 to Plaintiff at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 7. Plaintiff's institutional trust account statement received on November 12, 2026, indicates that Plaintiff was released from the Work Ethic Camp in McCook, Nebraska, on October 10, 2026. Filing No. 6. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **December 18, 2026**: check for address.

Dated this 18th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge